**UNITED STATES DISTRICT COURT**
**for the District of Maryland**

| | | |
|---|---|---|
| Hassan Crawford | * | **Case No.** 1:12-cv-00553-RDB |
| | * | **PLAINTIFF'S NOTICE OF** |
| | * | **VOLUNTARY DISMISSAL** |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | _____FILED _____ENTERED |
| | * | _____LODGED _____RECEIVED |
| MIDLAND CREDIT MANAGEMENT, | * | |
| | * | JUL 2 7 2012 |
| J. BRANDON BLACK, | * | AT BALTIMORE |
| | * | CLERK U.S. DISTRICT COURT |
| Defendant. | * | DISTRICT OF MARYLAND |
| | | BY _____ DEPUTY |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Hassan Crawford, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i),
hereby give notice of its voluntary dismissal without prejudice of the above-captioned case.

Date: July 25,2012          By: _____ DBA HASSAN CRAWFORD
                                HASSAN CRAWFORD
                                4932 OLD COURT RD. .
                                BALTIMORE, MD 21133

## CERTIFICATE OF SERVICE

I hereby certify that on this day 25th of _July_ , 2012, the foregoing Notice of Voluntary Dismissal was served by placing the same in the U.S. Mail first-class postage pre-paid and addressed to the following:

LAUREN M. BURNETTE
4200 CRUMS MILL RD. SUITE B
HARRISBURG, PA 17112

Date: July 25, 2012   By: Hassan Crawford DBA HASSAN CRAWFORD