UNITED STATES DISTRICT COURT
for the District of Maryland

| | | |
|---|---|---|
| Hassan Crawford | * | Case No. 1:12-cv-00553-RDB |
| | * | PLAINTIFF'S NOTICE OF |
| | * | VOLUNTARY DISMISSAL |
| Plaintiff, | * | |
| vs. | * | |
| | * | ____FILED ____ENTERED |
| | * | ____LODGED ____RECEIVED |
| MIDLAND CREDIT MANAGEMENT, | * | |
| J. BRANDON BLACK, | * | JUL 27 2012 |
| | * | AT BALTIMORE |
| | * | CLERK U.S. DISTRICT COURT |
| Defendant. | * | DISTRICT OF MARYLAND |
| | | BY _____ DEPUTY |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Hassan Crawford, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), hereby give notice of its voluntary dismissal without prejudice of the above-captioned case.

Date: July 25, 2012          By: _____ DBA HASSAN CRAWFORD
                                 HASSAN CRAWFORD
                                 4932 OLD COURT RD.
                                 BALTIMORE, MD 21133

Request GRANTED This 30th Day of July, 2012.

_____
Richard D. Bennett
United States District Judge